HENRY GANS, Appellant, v. JAMES J. WALKER, CHARLES W. BERRY and Others, Constituting the Members of the Board of Estimate and Apportionment, and THE CITY OF NEW YORK, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

JOSEPH D. FRANKEL and Others, Respondents, v. HARRY KRATZER, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ABRAHAM SLAVIN, Respondent, v. VILLAGE OF HAMBURG, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LUELLA B. OLDRIDGE, Respondent, v. ALFRED N. OLDRIDGE, Appellant.— Order granting plaintiff's motion for alimony and counsel fee *pendente lite* reversed and motion denied. Appeal from order denying defendant's motion for a rehearing dismissed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BEATRICE CONTE, Respondent, v. JAMES SINNOTT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SCHWARTZ BROTHERS FUR CORPORATION, Respondent, v. TRANSPORTATION INSURANCE COMPANY OF NEW YORK, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES E. LOEW and JULIA V. LOEW, as Executors and Trustees, etc., of FREDERICK E. LOEW, Deceased, Plaintiffs, v. FERDINAND PHILLIPSON, Trustee in Bankruptcy of HATTIE V. KESSLER, Appellant, Impleaded with BARDEM REALTY CORPORATION, Respondent, and K. C. & B. REALTY CO., INC., and Others, Defendants.— Order so far as appealed from affirmed, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Supplementary Proceedings: STERLING NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant, v. JOSEPH WHITE, Doing Business, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LILLIAN MENDAL POPIELAWSKI, Appellant, v. FREDERICK ADAM GIMBEL and MARIO DE RIVERA, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.